MRS. KATHLEEN MAY SUITER (WIDOW) AND MARY JOSEPHINE SUITER (DAUGHTER) OF JOSEPH E. SUITER (DECEASED), v. SWIFT & COMPANY FERTILIZER WORKS (EMPLOYER), AND SECURITY MUTUAL CASUALTY COMPANY (CARRIER).

(Filed 5 June, 1942.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by defendants from *Johnson, Special Judge,* at October Term, 1941, of HALIFAX.

*Long & Crew and McMullan & McMullan for plaintiffs, appellees.*
*Hughes, Little & Seawell and Allsbrook & Benton for defendants, appellants.*

PER CURIAM. The appeal was from a judgment of the Superior Court affirming an award made to the plaintiffs by the North Carolina Industrial Commission as compensation under the Workmen's Compensation Act for the death of Joseph E. Suiter.

SUITER *v.* SWIFT & CO.

The defendants admitted the employment, but claimed that Suiter was an independent contractor and, moreover, if an employee within the terms of the Act, that he was not at the time of his death engaged in the duties of such employment.

Upon the hearing of the matter, the Court divided three to three, *Justice Schenck* not sitting.

Under the Rule of Court, the judgment of the court below stands affirmed, and this decision does not become a precedent.

Affirmed.